**Lettie Parker, appellee, v. City of Chicago, appellant.** Gen. No. 24,199.

Action by a pedestrian to recover for personal injuries sustained

because of a defective sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. C. P. Molthrop, for appellee.

Mr. Justice Matchett delivered the opinion of the court.